IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTINA GUMBERT,

    Plaintiff,

v.                                                                            Case No. 3:20-CV-00533-JDP

ANDREW M. SAUL,
Commissioner of Social Security,

    Defendant.

ORDER ON THE PARTIES' JOINT MOTION FOR REMAND FOR FURTHER PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

Pursuant to the parties' joint motion to remand this action, this Court now, upon substantive review, hereby enters an order under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner according to the following terms. *See Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97–98 (1991).

On remand, the Appeals Council will assign the case to an Administrative Law Judge (ALJ) who will offer the Plaintiff a new hearing where Plaintiff may testify and provide additional arguments and evidence. The ALJ will proceed through the sequential evaluation process for Social Security disability. If the evaluation reaches step four, the ALJ will consider Plaintiff's symptoms and reevaluate her residual functional capacity.

If appropriate, the ALJ will obtain supplemental vocational expert testimony. On remand, the ALJ shall issue a *de novo* decision.

SO ORDERED this _5TH_ day of _FEBRUARY_, 2021.

_____
Honorable James D. Peterson
United States District Judge